The judgment of the trial court is reversed and the cause is remanded.

Opinion approved by the Court.

## PATRICK v. STATE.

### No. 26825.

Court of Criminal Appeals of Texas.

Feb. 10, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is sodomy; the punishment assessed by the court, upon a plea of guilty, is 5 years in the penitentiary.

The record before us contains no notice of appeal, in the absence of which this court has no jurisdiction.

The appeal is dismissed.